Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | David Charles MITCHELL |
| **Docket Number:** | 2:93CR00163-02 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/29/1993 |
| **Original Offense:** | 21 USC 841(a)(1) - Possession of Cocaine Base With Intent to Distribute<br>(CLASS A FELONY) |
| **Original Sentence:** | 144 months custody Bureau of Prisons; 60 months term of Supervised Release; $50 special assessment; No firearms |
| **Special Conditions:** | Search and seizure; Participate in a Correctional Treatment Program for drug or alcohol abuse, which may include testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/14/2002 |
| **Assistant U.S. Attorney:** | Phil Talbert        **Telephone:** 916.554.2700 |
| **Defense Attorney:** | Michael B. Bigelow        **Telephone:** 916.381.9011 |

Rev. 04/2005
PROB12B.MRG

**RE:   David Charles MITCHELL**
       **Docket Number:  2:93CR00163-02**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**07/10/2003**:           Prob12C-Petition filed alleging the releasee failed to work regularly and failed to appear for urine testing.

**10/29/2003**:           Supervised Release modified to include residential Community Correction Center placement not to exceed 60 days.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient).
>
> As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

**Justification:**  The releasee has demonstrated extreme difficulty in concentrating for long periods of time.  He has difficulty maintaining a daily routine and has missed scheduled appointments for employment and county-based mental health aftercare programs.  Presently, the releasee is involved in substance abuse counseling and testing and remains compliant with the conditions of his release.

During counseling sessions with the releasee, it has become apparent he may benefit from current medications used to control Adult Attention Deficit Disorders.  It is recommended the Court impose a condition providing for mental health treatment, thereby enabling the United States Probation Office to refer the releasee to a contracted mental health provider

**RE:    David Charles MITCHELL**
       **Docket Number:  2:93CR00163-02**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

for an evaluation and assess the suitability and appropriateness of psychcotropic medications to assist the releasee in his ability to concentrate.  Numerous efforts at obtaining these services have been attempted through county services; however, the releasee continuously fails to keep scheduled appointments.

This modification has been explained to the releasee and he is in agreement with the Court's imposition of the mental health condition.  He has signed the Prob49 - Waiver of Hearing to Modify Conditions (retained on file), agreeing to the conditions as recommended to the Court.

                              Respectfully submitted,

                              */s/ Michael A. Sipe*

                          **MICHAEL A. SIPE**
                    **United States Probation Officer**
                       Telephone:  (916) 786-2357

**DATED:**    July 26, 2005
            Roseville, California
            mas:jec~tdl


**REVIEWED BY:**    */s/ Richard A. Ertola*
                   **RICHARD A. ERTOLA**
                   **Supervising United States Probation Officer**

**RE:   David Charles MITCHELL**
    **Docket Number:  2:93CR00163-02**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X )    Modification approved as recommended.

Dated:  August 17, 2005

**RE:    David Charles MITCHELL**
**Docket Number:  2:93CR00163-02**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

/s/ William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    United States Probation
       Phil Talbert, Assistant United States Attorney
       Michael B. Bigelow, Assistant Federal Defender
       Defendant
       Court File

Attachment:    Presentence Report (Sacramento only)