Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | David Charles MITCHELL |
| **Docket Number:** | 2:93CR00163-02 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/29/1993 |
| **Original Offense:** | 21 USC 841(a)(1) - Possession of Cocaine Base With Intent to Distribute<br>(CLASS A FELONY) |
| **Original Sentence:** | 144 months custody Bureau of Prisons; 60 months Term of Supervised Release; $50 special assessment; No firearms |
| **Special Conditions:** | Search and seizure; Participate in a Correctional Treatment Program for drug or alcohol abuse, which may include testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/14/2002 |
| **Assistant U.S. Attorney:** | Phil Talbert        **Telephone:** 916.554.2700 |
| **Defense Attorney:** | Michael B. Bigelow   **Telephone:** 916.381.9011 |

**RE:   DAVID CHARLES MITCHELL**
**      Docket Number:  2:93CR00163-02**
**      PETITION FOR WARRANT OR SUMMONS**
**      FOR OFFENDER UNDER SUPERVISION**

**Other Court Action:**

<u>07/10/2003</u>:       Prob12C-Petition filed alleging the releasee failed to work regularly and failed to appear for urine testing.

<u>10/29/2003</u>:       Supervised Release modified to include residential Community Correction Center placement not to exceed 60 days.

<u>08/18/2005:</u>       12B Petition modifying conditions to include participation in mental health treatment and a $25 co-payment for treatment services

---

## PETITIONING THE COURT

**(X)   OTHER:** To schedule a hearing for January 25, 2006 at 9:00 a.m. for the releasee to show cause why supervised release heretofore imposed should not be revoked. The United States probation officer will notify the releasee and said parties of same.

The probation officer alleges the releasee has violated the following condition(s) of supervision:

**<u>Charge Number</u>     <u>Nature of Violation</u>**

**Charge 1:          <u>POSSESSION OF MARIJUANA</u>**

On August 7, 2005, the releasee was found to be in possession of marijuana, in violation of the general condition prohibiting the illegal possession of a controlled substance.

**RE:    DAVID CHARLES MITCHELL**
**        Docket Number:  2:93CR00163-02**
**        PETITION FOR WARRANT OR SUMMONS**
**        FOR OFFENDER UNDER SUPERVISION**

**Charge 2:        FAILURE TO NOTIFY THE PROBATION OFFICE WITHIN 72 HOURS OF BEING ARRESTED OR QUESTIONED BY LAW ENFORCEMENT**

The releasee was arrested on August 7, 2005, for possession of marijuana for sale.  He failed to notify the probation officer of this arrest within 72 hours, in violation of Standard Condition Number 11.

**Charge 3:        NEW LAW VIOLATION (DRIVING UNDER THE INFLUENCE OF ALCOHOL**

On November 12, 2005, the releasee was driving a vehicle while under the influence of alcohol, in violation of the general condition prohibiting the releasee from committing another state, federal, or local crime.

**Justification:**        In early August 2005, the releasee reported contact with the Sacramento County Police Department.  He described being pulled over for having no light on while riding his bicycle at night.  He reported receiving a warning and denied being cited or arrested.  During an annual routine criminal record's check in November, the releasee's arrest in August for possession of marijuana was discovered.  According to police report records, the releasee was pulled over on his bicycle for riding at night with no lights.  Following the stop, the releasee abandoned his bicycle and fled from officers on foot.  During the pursuit, officers observed the releasee drop his cell phone and several small baggies.  The releasee was ultimately apprehended, and his route re-traced.  His cell phone was recovered as well as several small baggies of marijuana.  The releasee had $63 cash and a list of phone numbers in his wallet.  He was arrested and charged with possession of marijuana for sale.  The releasee failed to report the circumstances of this arrest to the probation officer.  The Sacramento County District Attorney's office does not intend to file charges against the releasee in this case.  When confronted by the probation officer about the discrepancies in his statements relating to this arrest, the releasee admitted to riding his bicycle to the store to purchase marijuana for a friend.

**RE:   DAVID CHARLES MITCHELL**
       **Docket Number:  2:93CR00163-02**
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

In mid-November 2005 (beyond the 72-hour reporting deadline), the releasee again reported contact with law enforcement, only this time he advised being arrested for driving under the influence of alcohol.  His blood alcohol was .16, twice the limit for driving intoxicated under state law.  On November 30, 2005, the releasee appeared before the Superior Court of Sacramento County under case number 05T0535, pled guilty to driving under the influence of alcohol, and was sentenced to 3 years probation, and ordered to participate in the First Offender Drinking Driver Program.

The releasee is participating in individual drug and alcohol counseling, random drug testing services, and mental health services.  Despite these services, he is continuously experiencing difficulties in maintaining a stable residence and consistent full-time employment.  He reports to the United States Probation Office sporadically, and his activities are best monitored through a corraboration with the contracted counseling agencies.  Despite ongoing services provided by the Probation Office, the releasee continues to involve himself with drugs and alcohol, and now, new law violation conduct.

**Bail/Detention:**
The releasee has remained in contact with the probation officer, and he continues to participate in counseling services.  A bench warrant was seriously considered as a recommendation in this case; however, due to the length of time it took for his arrest in August to be discovered, and his involvement in counseling and testing services, an out-of-custody hearing is respectfully recommended.  The releasee is not viewed as a flight risk or imminent danger to the community.

It is respectfully requested a hearing be scheduled for January 25, 2006, at 9:00 a.m. for the releasee to show cause why supervised release heretofore imposed should not be revoked.

**RE:    DAVID CHARLES MITCHELL**
**       Docket Number:  2:93CR00163-02**
**       PETITION FOR WARRANT OR SUMMONS**
**       <u>FOR OFFENDER UNDER SUPERVISION</u>**


**I declare under penalty of perjury that the foregoing is true and correct.**


**EXECUTED ON**:    January 10, 2006
                    Sacramento, California
                    MAS/jc

                              Respectfully submitted,

                              /s/ Michael A. Sipe

                          **MICHAEL A. SIPE**
                    **Senior United States Probation Officer**
                         Telephone:  (916) 786-2357



**REVIEWED BY:**            /s/ Richard A. Ertola
                    **RICHARD A. ERTOLA**
                    **Supervising United States Probation Officer**

**RE:    DAVID CHARLES MITCHELL**
        **Docket Number:  2:93CR00163-02**
        **PETITION FOR WARRANT OR SUMMONS**
        **FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( X )   Other:   To schedule a hearing for January 25, 2006 at 9:00 a.m. for the releasee to show cause why supervised release heretofore imposed should not be revoked. The United States probation officer will notify the releasee and said parties of same.

Date:  January 13, 2006

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


cc:     United States Probation
        Phil Talbert, Assistant United States Attorney


Attachment:  Presentence Report  (Sacramento only)

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable William B. Shubb
Senior United States District Judge
Sacramento, California

                                        RE:   DAVID CHARLES MITCHELL
                                                   Docket Number:   2:93CR00163-02

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order and Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Petition to Modify (Filed August 18, 2005),** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named probationer is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:** <u>**POSSESSION OF MARIJUANA**</u>

        A.     **Evidence:**

Sacramento Police Department Report No. 05-273432, August 7, 2005.

        B.     **Witnesses:**

The United States probation officer will testify to the releasee stating he rode his bicycle to the market to purchase a " joint" for a friend when he was pulled over by the Sacramento Police Department.

RE:   DAVID CHARLES MITCHELL
      Docket Number: 2:93CR00163-02
      **STATEMENT OF EVIDENCE**

**Charge 2:   FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BEING ARRESTED OR QUESTIONED BY LAW ENFORCEMENT**

    **A.   Evidence:**

    None

    **B.   Witnesses:**

    The United States probation officer will testify to the releasee's failure to notify the United States Probation Office within 72 hours of his arrest on August 7, 2005.

**Charge 3:   NEW LAW VIOLATION (DRIVING UNDER THE INFLUENCE OF ALCOHOL**

    **A.   Evidence:**

    (1)   California Highway Patrol Report No. 33341BB.

    (2)   Sacramento County Superior Court Minute Order, dated November 30, 2005.

RE:     DAVID CHARLES MITCHELL
        Docket Number:  2:93CR00163-02
        <u>STATEMENT OF EVIDENCE</u>

                        Respectfully submitted,

                        /s/ Michael A. Sipe

                        **MICHAEL A. SIPE**
                        **Senior United States Probation Officer**


DATED:      January 10, 2006
            Sacramento, California
            MAS/jc


REVIEWED BY:      /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA**
                  **Supervising United States Probation Officer**

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**   David Charles MITCHELL        **Docket Number:**   2:93CR00163-02

**Date of original offense:**   12/30/1992

**Statutory maximum imprisonment for original offense:** 10  **years to Life**

**Highest grade of violation alleged:**           C

**Criminal History Category of offender:**         IV

**Chapter 7 range of imprisonment:   6 to 12 months.**

_X_   Class A felony - 5 years
___   Class B felony - 3 years
___   Class C and/or D felony - 2 years
___   Class E felony and misdemeanors: 1 year

Violation requires mandatory revocation:   YES: X__   NO: ___

**Original offense committed before 09/13/94:**  Revocation sentence cannot exceed the original guideline range unless the Court departs for circumstances that existed at original sentencing or the original sentence was the result of a downward departure.  The violation conduct cannot justify departure, but can be considered to establish a point in the revocation range or to re-evaluate the significance of pre-existing departure reasons.

## MANDATORY REVOCATION ISSUES

**Original offense committed before 09/13/94:** Title 18 USC 3565 instructs that supervision shall be revoked upon a finding of:  1) Possession of a firearm; or, 2) Possession of a controlled substance.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."  A possession finding requires imposition of not less than one-third of the top of the original sentence (guideline range).

January 10, 2006
MAS/jc